No. 584. ARNEBERGH *v.* ZEITLIN ET AL. Motion of Citizens for Decent Literature, Inc., et al., for leave to file a brief, as *amici curiae,* in support of the petition, granted. Petition for writ of certiorari to the Supreme Court of California denied. *Roger Arnebergh, pro se, Philip E. Grey* and *Wm. E. Doran* for petitioner. *Charles H. Keating, Jr.* for Citizens for Decent Literature, Inc., et al.

No. 192, Misc. THOMPSON *v.* UNITED STATES BOARD OF PAROLE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondents.

No. 286, Misc. HAGANS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 418, Misc. JAMISON ET AL. *v.* CHAPPELL, CHAIRMAN, U. S. BOARD OF PAROLE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Lawrence Speiser* and *David B. Isbell* for petitioners. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondents.

No. 685, Misc. JENKINS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.